[No. 56611-3-I. Division One. July 3, 2006.]

JOSEPH CORT ET AL., *Respondents*, v. DOUGLAS J. KEHRES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-06341-8, Jim Rogers, J., entered July 22, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Dwyer, JJ.

[No. 56676-8-I. Division One. July 3, 2006.]

DAVID MONK, *Individually and on behalf of White River Feed Company, Respondent*, v. FRED KRAPF ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-30428-8, Michael Heavey, J., entered July 29, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57155-9-I. Division One. July 3, 2006.]

*In the Matter of the Marriage of* LEIGH ANN MADISON, *Respondent*, and ROGER B. MADISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-08212-0, Bonnie Canada-Thurston, J. Pro Tem., entered September 27, 2005. *Dismissed* by unpublished per curiam opinion.

[No. 57185-1-I. Division One. July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. YONG JUN KIM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03924-8, Bruce W. Hilyer, J., entered October 5, 2005. *Dismissed* by unpublished per curiam opinion.